The People of the State of New York ex rel. Robert W. Duvall, Respondent, v. James H. Cocks, as Supervisor of the Town of Oyster Bay, Nassau County, New York, Appellant. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. (See *People ex rel. Luyster* v. *Cocks*, 172 App. Div. 737.) Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. Ernest C. Hunt, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P . J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Richmond Assets Collecting Company, a Domestic Corporation, Appellant, v. Jules S. Bache and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Antonio Rossi, Respondent, v. The Proctor & Gamble Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Catherine Secor, Respondent, v. New Jersey and New York Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Johanna F. Sweeney, Appellant, v. The City of New York, Respondent. — Judgment unanimously affirmed, with costs No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Union Bank of Brooklyn, Respondent, v. Lida M. Fleitman, as Administratrix, etc., of F. Augustus Heinze, Deceased, Appellant.— Judgment affirmed, with costs, on authority of *Union Bank of Brooklyn* v. *Fleitman* (168 App. Div. 171). Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Graham Witschief, as Executor, etc., of William H. Hilton, Deceased, Respondent, v. Frederick E. Whitney, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the answer was duly served, and the court had no authority to direct acceptance of short notice of trial or that the action should be placed on the calendar for the May term. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.